**Dismissed and Memorandum Opinion filed December 22, 2016.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-15-00634-CV

### POWELL DORFAYE, ET AL, Appellant

### V.

### BRECKENRIDGE AT CITY VIEW APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1064270**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 20, 2015. On August 12, 2015, this court abated the appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 15-33972. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court learned that the bankruptcy case was closed on October 21, 2015. The

parties failed to advise this court of the bankruptcy court action.

On October 6, 2016, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and Donovan.